# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH M. DIAZ, G. NEWSOME, B. CATES, GREEN, SHARON MCKAY,<br><br>　　　　Defendants. | Case No.  1:20-cv-0715 JLT HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITHOUT PREJUDICE<br><br>(Doc. 12) |

After screening this case and giving the plaintiff the option to file an amended complaint, to notify the Court he was standing on his complaint, or to voluntarily dismiss the action, the plaintiff did none of these things. Consequently, the assigned magistrate judge found that the plaintiff failed to prosecute the action and failed to comply with the Court's order.  (Doc. 12.)

The Court served the Findings and Recommendations on the plaintiff and also advised him that any objections were to be filed within 14 days.  (*Id.* at 4.)  The Court advised him further that "failure to file objections within the specified time may result in waiver of her rights on appeal."  (*Id.* at 4-5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Nevertheless, he did not object and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations to be supported by the record and by proper analysis. Thus, the Court

**ORDERS**:

1. The Findings and Recommendation issued March 31, 2023 (Doc. 12) are **ADOPTED** in full.
2. The action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __May 3, 2023__

_____
UNITED STATES DISTRICT JUDGE